UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARRIE SKAINS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-01272-X-BP |
| | § | |
| TRINITY VALLEY SCHOOL, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation (FCR) in this case regarding Defendant Trinity Valley School's (Trinity Valley) objections to Plaintiff Carrie Skains's (Skains) Expert Designation. (Doc. 72). No objections were filed, and the Magistrate Judge's FCR is ripe for review. This Court reviewed the FCR for plain error. Finding none, this Court believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are **ACCEPTED** as the Findings and Conclusions of the Court. Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** Trinity Valley's objections to Skains's Expert Designation. (Doc. 63).

Specifically, the Court **OVERRULES** Trinity Valley's objections to Skains's expert designation of herself. The Court **SUSTAINS** Trinity Valley's objections to Rice Bryan's expert testimony and grant the agreed upon relief of precluding Skains from eliciting expert opinions from Bryan, without prejudice to Skains's right to supplement her disclosures under the federal rules, if she can do so. Lastly, the Court

**OVERRULES** Trinity Valley's objections to the testimony of Dong-Quan Truong, **ORDERS** Skains to supplement her disclosure within three days of the Court's Order and permits Trinity Valley to depose Truong after reviewing the amended pretrial disclosure within seven days if it chooses to do so.

**IT IS SO ORDERED** this 11th day of August, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE